# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2075 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 86 DB 2014 |
| | : | |
| v. | : | Attorney Registration No. 29498 |
| | : | |
| LeROY NATHANIEL STRICKLAND, | : | (Out of State) |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of March, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is hereby granted, and LeRoy Nathaniel Strickland is suspended on consent from the Bar of this Commonwealth for a period of one year, retroactive to November 6, 2014, and he shall comply with all the provisions of Pa.R.D.E. 217.

It is further ORDERED that Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).